PROBATION FORM NO. 35 (1/92)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

FILED
2005 JUN 29 A 8:43
U.S. DISTRICT COURT
NEW HAVEN, CT

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JOSE LUIS DECLET

Crim #:   3:02CR00310(JBA)

Re: **Early Termination of Supervision**

On November 16, 2001, the above-named was placed on **PROBATION** for a period of **five** years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he/~~she~~ be discharged from supervision.

Respectfully submitted,

*[signature]*
Bunita B. Keyes
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 28th day of June, 2005.

*[signature]*
Janet Bond Arterton
United States District Court Judge